# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**FILED**



10:15 am, 4/28/23

**Margaret Botkins**
**Clerk of Court**

Horizon Tower Limited LLC et al

                                Plaintiff,

vs.                                           Case Number: 23-CV-00037-ABJ

Park County et al

                                Defendant.

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ Initial Pretrial Conference (Civil)

Date: 04/28/2023     Time: 9:33am - 10:14am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Henry Beshar |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Scott Thompson, Isaac Sutphin

Attorney(s) for Defendant(s)     Bryan Skoric

Other:

Hearing held via Zoom video-conference

| | |
|---|---|
| Plaintiff Expert Witness Designation Deadline: | 6/16/23 |
| Defendant Expert Witness Designation Deadline: | 8/18/23 |
| Discovery Due: | 10/8/23 |
| Other Fact Witness Deadline: | |
| Stipulation Deadline: | |
| Dispositive Motions Deadline | 11/8/23 |
| Dispositive Motions Hearing | |
| ☐ Including Daubert Challenges | |
| Dispositive Motions Response Deadline | 12/1/23 |

MINUTE SHEET STATUS CONFERENCE
23-CV-00037-ABJ

| | |
|---|---|
| Reply Deadline | 12/11/23 |
| Final Pretrial Conference Set: | 3/29/24 at 1:30 PM |
| Jury Trial Set: | 4/15/24 at 1:30 PM (Bench) |
| Status Conference Set: | |

Other:

Joint Final Pretrial Memo: 1/25/24

Motions in Limine: 1/25/24
Responses: 2/8/24
Replies: 2/15/24

Order to follow.