Bryan A. Skoric (Wyo. State Bar #6-2834)
Jack R. Hatfield II (Wyo. State Bar #7-5118)
Office of the Park County and Prosecuting Attorney
1002 Sheridan Avenue
Cody, Wyoming, 82414

ATTORNEYS FOR DEFENDANTS
PARK COUNTY, WYOMING; BOARD OF
COUNTY COMMISSIONERS OF PARK COUNTY,
WYOMING; DOSSIE OVERFIELD, LLOYD THIEL,
LEE LIVINGSTON, SCOTT MANGOLD,
and SCOTT STEWARD, in their official capacity
as Members of the Board of County
Commissioners for Park County, Wyoming.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HORIZON TOWER LIMITED, LLC and HORIZON TOWER, LLC, <br><br> Plaintiffs <br><br> v. <br><br> PARK COUNTY, WYOMING; BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, WYOMING; DOSSIE OVERFIELD, LLOYD THIEL, LEE LIVINGSTON, SCOTT MANGOLD, and SCOTT STEWARD, in their official capacity as Members of the Board of County Commissioners for Park County, Wyoming. <br><br> Defendants. | Civil Action No. 23-CV-00037-ABJ |

DEFENDANTS' NOTICE OF EXPERT WITNESS DISCLOSURE

COMES NOW, Defendants Park County, Wyoming; Board of County Commissioners of Park County, Wyoming; Dossie Overfield, Lloyd Thiel, Lee Livingston, Scott Steward and Scott Mangold, by and through their undersigned

counsel, and pursuant to Fed. R. Civ. P. Rule 26(a)(2), hereby disclose the following designation of expert witnesses:

>   Lee Afflerbach, P,E,, Broadband Engineer
>   CTC Technology & Energy
>   10613 Concord Street
>   Kensington, MD  20895

Mr. Afflerbach may testify concerning his report including his technical evaluation and assessment of the proposed Horizon tower and visually less instrusive multi-site wireless access facilities, attached as Exhibit "A".

>   Brian Clarkson
>   7 Hallingdal Lane
>   Cody, WY  82414

Mr. Clarkson may testify concerning his report of his geospatial analysis of viewshed or line of sight analysis, attached as Exhibit "B:.

Counsel certifies that a written report prepared and signed by each expert identified above, including all information required by Fed. R. Civ. P. Rule 26(a)(2)(B), was served on the parties on August 18, 2023. The written reports are attached as noted above.

Dated this 18th day of August, 2023.

>   /s/_____
>   Bryan A. Skoric (WSB #6-2834)
>   Park County and Prosecuting Attorney

>   /s/_____
>   Jack R. Hatfield II (WSB #7-5118)
>   Deputy Park County Attorney

Park County Attorney's Office
1002 Sheridan Ave.
Cody, Wyoming 82414
(307) 527-8660

ATTORNEYS FOR DEFENDANTS
PARK COUNTY, WYOMING; BOARD OF
COUNTY COMMISSIONERS OF PARK
COUNTY, WYOMING; DOSSIE OVERFIELD,
LLOYD THIEL,
LEE LIVINGSTON, SCOTT MANGOLD,
and SCOTT STEWARD, in their official capacity
as Members of the Board of County
Commissioners for Park County, Wyoming.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2003, a copy of the foregoing [document] was electronically filed and service via the CM/ECF system and was served via electronic mail (e-mail) upon the following counsel for the Plaintiff:

Isaac N. Sutphin
Holland & Hart LLP
P.O. Box 1347
Cheyenne, WY  82003-1347
insutphin@hollandhart.com

T. Scott Thompson
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th St. NW Ste. 1100
Washington, CD  20004
sthompson@mintz.com

                                       /s/ _____
                                       Bryan A. Skoric