Isaac N. Sutphin, P.C. (Wyo. State Bar # 6-3711)
Andrea N. Grave (Wyo. State Bar # 8-6702)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY  82003-1347
Telephone: (307) 778-4200
insutphin@hollandhart.com
angrave@hollandhart.com

Scott Thompson (Admitted *pro hac vice*)
Jonathan P. Garvin (Admitted *pro hac vice*)
Alain P. Mathieu (*pro hac vice*  pending)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, DC 20004
Telephone: (202) 434-7440
SThompson@mintz.com
JPGarvin@mintz.com
APMathieu@mintz.com
ATTORNEYS FOR PLAINTIFFS
HORIZON TOWER LIMITED, LLC
and HORIZON TOWER, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HORIZON TOWER LIMITED, LLC and HORIZON TOWER, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PARK COUNTY, WYOMING; BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, WYOMING; DOSSIE OVERFIELD, LLOYD THIEL, LEE LIVINGSTON, SCOTT MANGOLD, and SCOTT STEWARD, in their official capacity as Members of the Board of County Commissioners for Park County, Wyoming; <br><br> Defendants | Civil Action No.:  Case No.  23-CV-0037-ABJ |

## PLAINTIFFS' MOTION TO EXCLUDE THE OPINION AND TESTIMONY OF BRIAN CLARKSON

1

Pursuant to 47 U.S.C. § 332(c)(7)(B)(iii) and Fed. R. Evid. 702, Plaintiff Horizon Tower LLC. ("Horizon") hereby moves this Court for an order excluding the report and testimony of Brian Clarkson, offered by Defendants Park County, Wyoming; Board of County Commissioners of Park County, Wyoming; Dossie Overfield; Lloyd Thiel; Lee Livingston; Scott Mangold; and Scott Steward (in their official capacity as Members of the Board of Commissioners of Park County, Wyoming) (collectively, the "County" or "Defendants").

1. This case involves Plaintiff Horizon's application and proposal to install a wireless facility to remedy a gap in wireless service in the Wapiti Valley area of Park County, Wyoming, and the County's denial of Horizon's application, in violation of Section 332(c)(7)(B) of the Federal Communications Act, 47 U.S.C. § 332.

2. Defendants purport to offer the opinion and testimony of Mr. Clarkson, apparently, although it is unclear, in support of their position that potential alternative locations for the proposed wireless facility exist.

3. Under the Communications Act, state and local governments may not prohibit or have the effect of prohibiting the provision of personal wireless services. Under new FCC guidance, which is controlling has been adopted by other federal courts, an analysis of alternative locations is not relevant for the purposes of determining whether an effective prohibition has occurred, thus making Mr. Clarkson's testimony irrelevant.

4. Even under the previous standard (prior to the FCC's guidance), Mr. Clarkson's opinion and testimony are irrelevant because they concern only "viewshed" (or line of sight) – a topic wholly irrelevant to this case.

5. Finally, Mr. Clarkson admits that he is unqualified to opine or testify concerning any topic other than viewshed, including the siting of a wireless tower, and that any such testimony

would be based on his personal, layman opinion. And the Defendants ultimately do not contend that any of Mr. Clarkson's locations are less intrusive than the proposed Horizon facility.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order precluding the County from introducing or relying on the testimony of Mr. Clarkson.

DATED: November 15, 2023.   Respectfully submitted,

*/s/ Isaac N. Sutphin*
Isaac N. Sutphin, P.C. (Wyo. State Bar # 6-3711)
Andrea N. Grave (Wyo. State Bar # 8-6702)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003
Telephone: (307) 778-4200
insutphin@hollandhart.com
angrave@hollandhart.com

Scott Thompson (Admitted *pro hac vice*)
Jonathan P. Garvin (Admitted *pro hac vice*)
Alain P. Mathieu (*pro hac vice* pending)
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th Street NW, Suite 100
Washington, DC 20004
Telephone: (202) 434-7440
SThompson@mintz.com
JPGarvin@mintz.com
APMathieu@mintz.com

ATTORNEYS FOR PLAINTIFFS
HORIZON TOWER LIMITED, LLC
and HORIZON TOWER, LLC.