# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:28 pm, 3/7/24

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| Horizon Tower Limited LLC et al | |
| Plaintiff, | |
| vs. | Case Number: 2:23-CV-00037-ABJ |
| Park County et al | |
| Defendant. | |

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Mar 7, 2024     Time: 1:32pm - 3:23pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Scott Thompson, Isaac Sutphin, Jonathan Garvin

Attorney(s) for Defendant(s)   Jack Hatfield

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 44 | Motion for Summary Judgment | Under Advisement |
| Defendant | 49 | Motion for Summary Judgment | Under Advisement |

☐ Briefs to be filed on or before _____ by _____
                                         by

☑ Order to be prepared by ☑ Court   ☐ Attorney

Other:
Hearing held via Zoom video conference.
The Court heard argument from Mr. Thompson and Mr. Hatfield.
The Court takes the motions under advisement.
Scheduling discussed. Bench Trial to be reset for 5/20/24 at 9:30 AM.
Pretrial filings due 10 days prior to trial.