# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

**2:51 pm, 4/24/24**

**Margaret Botkins**
**Clerk of Court**

Horizon Tower Limited LLC et al

Plaintiff,

vs.

Case Number: 2:23-CV-00037-ABJ

Park County et al

Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 04/24/2024    Time: 2:34pm - 2:50pm

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Isaac Sutphin, Scott Thompson

Attorney(s) for Defendant(s)    Bryan Skoric

Other:

Hearing held via Zoom video conference.
The Court is currently working on the motion for summary judgment in this matter.
The Court heard from Mr. Thompson and Mr. Skoric.
Trial (3 days) will be reset for 9/9/24 at 9:30 AM.
Joint Final Pretrial Memo: 7/29/24
Motions in Limine: 7/29/24. Responses: 8/12/24. Replies: 8/19/24.
FPT to be set for 8/19/24 at 9:30 AM.