Bryan A. Skoric (Wyo. State Bar #6-2834)
Jack R. Hatfield II (Wyo. State Bar #7-5118)
Office of the Park County and Prosecuting Attorney
1002 Sheridan Avenue
Cody, Wyoming, 82414

ATTORNEYS FOR DEFENDANTS
PARK COUNTY, WYOMING; BOARD OF
COUNTY COMMISSIONERS OF PARK COUNTY,
WYOMING; DOSSIE OVERFIELD, LLOYD THIEL,
LEE LIVINGSTON, SCOTT MANGOLD,
and SCOTT STEWARD, in their official capacity
as Members of the Board of County
Commissioners for Park County, Wyoming.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HORIZON TOWER LIMITED, LLC and HORIZON TOWER, LLC, <br>      Plaintiffs <br><br>    v. <br><br> PARK COUNTY, WYOMING; BOARD OF COUNTY COMMISSIONERS OF PARK COUNTY, WYOMING; DOSSIE OVERFIELD, LLOYD THIEL, LEE LIVINGSTON, SCOTT MANGOLD, and SCOTT STEWARD, in their official capacity as Members of the Board of County Commissioners for Park County, Wyoming, <br>      Defendants | Civil Action No. 23-CV-00037-ABJ <br><br> DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT |

COME NOW, the Defendants, Park County, Wyoming; Board of County

Commissioners of Park County, Wyoming; Dossie Overfield, Lloyd Thiel, Lee

Livingston, Scott Mangold, and Scott Steward, in their official capacity as Members

of the Board of County Commissioners for Park County, Wyoming ("the BOCC," "Park

County," "the Defendants") and hereby submit their Motion for Leave of Court to allow Defendants to renew their Motion and Brief in support of Summary Judgment on the following grounds and reasons:

On June 28, 2024, the Supreme Court of the United States overruled the prevailing doctrine known as the Chevron Deference Doctrine.[1] As the Court is aware, the FCC's 2018 Declaratory Order[2] (the FCC's interpretation of the TCA (47 U.S.C.A. §332(c)(7)) plays a substantial role in attempting to construe the complicated legal issues this matter presents.

The Defendants have been in communication with the Plaintiffs, who disagree that the new ruling affects this action.

In light of this significant change in the law, the Defendants respectfully request the Court allow the parties to revise and renew their briefs in support of their Motions for Summary Judgement consistent with the current law.

[This space intentionally left blank]

---

[1] *Chevron, U.S.A., Inc. v. Nat. Res. Def. Council, Inc.*, 467 U.S. 837, 104 S. Ct. 2778, 81 L. Ed. 2d 694 (1984), *overruled by Loper Bright Enterprises v. Raimondo*, No. 22-1219, 2024 WL 3208360 (U.S. June 28, 2024)

[2] *In the Matter of Accelerating Wireless Broadband Deployment by Removing Barriers to Infrastructure Inv.*, 33 F.C.C. Rcd. 9088 (2018).

Dated this 26th day of July 2024.

/s/ *Bryan A. Skoric*
Bryan A. Skoric (WSB #6-2834)
Park County and Prosecuting Attorney

/s/ *Jack R. Hatfield II*
Jack R. Hatfield II (WSB #7-5118)
Deputy Park County Attorney
Park County Attorney's Office
1002 Sheridan Ave.
Cody, Wyoming 82414
(307) 527-8660

ATTORNEYS FOR DEFENDANTS
PARK COUNTY, WYOMING; BOARD OF
COUNTY COMMISSIONERS OF PARK
COUNTY, WYOMING; DOSSIE
OVERFIELD, LLOYD THIEL,
LEE LIVINGSTON, SCOTT MANGOLD,
and SCOTT STEWARD, in their official
capacity as Members of the Board of County
Commissioners for Park County, Wyoming.

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2024, a copy of the foregoing
Motion was served via CM/ECF upon the following counsel for the Plaintiff:

Isaac N. Sutphin
Holland & Hart LLP
P.O. Box 1347
Cheyenne, WY  82003-1347
insutphin@hollandhart.com

T. Scott Thompson
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
555 12th St. NW Ste. 1100
Washington, CD  20004
sthompson@mintz.com

/s/ *Bryan A. Skoric*
Bryan A. Skoric