

**FILED**

**Margaret Botkins**
**Clerk of Court**

10:37 am, 8/21/24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

HORIZON TOWERS LIMITED, LLC,
and HORIZON TOWER LLC,

    Plaintiffs,

v.

PARK COUNTY WYOMING, et al.

    Defendants.

Case No. 23-CV-37-ABJ

## ORDER ON DEFENDANTS' MOTION FOR LEAVE OF COURT TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT

THIS MATTER comes before the Court upon Defendants' *Motion for Leave of Court to File Renewed Motion for Summary Judgment* (ECF No. 78), filed on July 26, 2024. Defendants request leave of Court to provide a renewed motion for summary judgment based upon a recent United States Supreme Court opinion effectively overturning the judicially-established *Chevron* Doctrine. *See Chevron, U.S.A., Inc. v. Nat. Res. Def. Council*, Inc., 467 U.S. 837, 104 S. Ct. 2778, 81 L. Ed. 2d 694 (1984), overruled by *Loper Bright Enterprises v. Raimondo*, No. 22-1219, 2024 WL 3208360 (U.S. June 28, 2024). Plaintiffs filed a response in opposition to Defendants' motion on August 6, 2024. ECF No. 79.

Having reviewed the filings, the applicable law, and being otherwise fully advised, the Court finds that Defendants' *Motion for Leave of Court to File Renewed Motion for*

*Summary Judgment* (ECF No. 78), should be, and hereby is, **GRANTED IN PART** and **DENIED IN PART**.

**IT IS HEREBY ORDERED** that the Court will allow Defendants to submit a supplemental brief on the subject. To accommodate Defendants' request, Defendants shall submit their supplemental brief regarding *Chevron* on or before September 4, 2024.

**IT IS FURTHER ORDERED** that Plaintiffs may file a response to Defendants' supplemental brief within fourteen (14) days of its filing.

Dated this 21st day of August, 2024.

Alan B. Johnson
United States District Judge