Exhibit B

1

***SIGNATURE REQUESTED***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Civil Action Number: 23-CV-00037-ABJ

_____

HORIZON TOWER LIMITED, )
LLC and HORIZON TOWER, )
LLC, )
                   Plaintiffs, )
                              )
-vs- )
                              )
                              )
PARK COUNTY, WYOMING; )
BOARD OF COUNTY )
COMMISSIONERS OF PARK )
COUNTY WYOMING; DOSSIE )
OVERFIELD, LLOYD THIEL, )
LEE LIVINGSTON, SCOTT )
MANGOLD, AND SCOTT )
STEWARD, in their )
official capacity as )
Members of the Board of )
County Commissioners for )
Park County, Wyoming, )
                              )
                   Defendants. )
                              )

_____

DEPOSITION OF STEVEN KENNEDY

Taken on behalf of
Defendants, Park County, Wyoming

9:04 a.m., Friday
September 22nd, 2023

O'BRYAN REPORTING SERVICE
307.751.6823

2

1          PURSUANT TO AGREEMENT, the Deposition of
2    STEVEN KENNEDY was taken in accordance with the
3    applicable Rules of Civil Procedure by Zoom
4    Conference Meeting initiated by the attorneys for
5    Park County, Wyoming before Carol A. O'Bryan,
6    Certified Court Reporter, and a Notary Public in
7    and for the State of Wyoming.
8
9                      A P P E A R A N C E S
10
11   For the Plaintiffs:    MINTZ, LEVIN, COHN, FERRIS,
                               GLOVSKY AND POPEO, PC
12                          Attorneys at Law
                            555 12th St.  NW, Suite 1100
13                          Washington, DC 20004
14               By:   T. Scott Thompson, Esq.
                          sthompson@mintz.com
15
16
17   For the Defendants    Park County and Prosecuting
     Park County, WY:         Attorney's Office
18                          1002 Sheridan Ave.
                            Cody, WY  82414
19
                 By:   Jack R. Hatfield, Esq.
20                        jack.hatfield@parkcounty-wy.gov
21                         -and-
                       Bryan A. Skoric, Esq.
22                        bryan.skoric@parkcounty-wy.gov
                             (NOT PRESENT)
23
24
25   ALSO PRESENT:      Madeleine Sato, Esq.

74

1    Because of the requirements for the site
2    and its coverage objective to try to do it with
3    two sites within the valley, it doesn't make
4    sense.
5         It doesn't make sense because you have
6    to worry about the terrain, the rolling hills, how
7    things propagate and then the primary coverage
8    objective of the highway and the houses.
9    Q    Okay.  Now, back to the primary coverage
10   objective.  So you were provided the data from
11   Verizon Wireless based on a 195-foot tower.  Did I
12   understand you correctly?
13   A    I was provided the data by Verizon
14   Wireless based upon a coverage objective.  I was
15   given the height of the tower by Horizon Tower.
16   Q    Okay.  But you believe that you would
17   actually need a 250-foot tower to cover the
18   primary coverage objective.  Did I understand you
19   correctly?
20   A    No.  You understood that I would have
21   liked to have had a 250-foot tower, if I had my
22   druthers.  But that's not the site tower
23   configuration I was given.  I was asked what's the
24   minimum height needed.  195 feet.
25   Q    So you were given that it had to be 195

1  A    The primary coverage objective is east
2  and west on Highway 20 and the Wapiti Valley.  So
3  that height will meet the coverage objective
4  barely, yes.
5      Q    Okay.  And so 190-foot tower will not
6  meet that objective?
7           MR. THOMPSON:  Objection.
8           You can go ahead and answer.
9      A    When I ran the propagation analysis, 195
10 feet was what I came up with.  I ran through
11 multiple, and I run propagation analysis.  I look
12 at a variety of things besides just the property
13 base.  I look at the terrain, the rolling hills,
14 the primary coverage objective.
15          No, sir.  I do not believe 190 feet
16 would provide the same level of service as a 195.
17     Q    Okay.  Would 190 foot meet the coverage
18 objective?
19          MR. THOMPSON:  Objection.  Asked and
20 answered.
21          You can answer if you know.
22     A    I just said no.
23     Q    (By Mr. Hatfield)  Okay.
24          MR. THOMPSON:  Can I ask for a break for
25 a minute?

1   the coverage objective and quality to the coverage
2   objective better than any other location in the
3   valley.
4       Q    (By Mr. Hatfield)  Okay.  So there is --
5   notwithstanding zoning, CC&Rs, or anything else
6   outside of technical requirements, if I understand
7   it, you are saying where they are at right now is
8   the best place to put that tower in the valley?
9       A    Because -- yes, it is because the main
10  objective is Highway 20 and the surrounding houses
11  and businesses within the Wapiti Valley.
12           This site is in a very good spot to be
13  able to do that to know exactly every other site
14  model we had to model.
15           But there is other things to take into
16  account beyond RF Engineering, and that's
17  constructability and all of those other fun
18  things.
19           But, yes, I believe that the 195-foot
20  tower that Horizon proposed is the best location
21  for the valley to meet the primary coverage
22  objective and to merge with Verizon's other sites
23  in the network.
24      Q    Okay.  Were you asked to model any other
25  sites within the Wapiti Valley?